# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSE HERNANDEZ-BLANCO and DAVID HERNANDEZ-GOMEZ, | ) ) ) | |
| Petitioners, | ) ) | |
| vs. | ) ) | Case No. CIV-26-278-R |
| WARDEN, Dr. Scarlet Grant, et al., | ) ) | |
| Respondents. | ) ) | |

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants in part the Petition for Writ of Habeas Corpus filed by Jose Hernandez-Blanco. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 1st day of April, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1