## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSE HERNANDEZ-BLANCO and DAVID HERNANDEZ-GOMEZ,<br><br>Petitioners,<br><br>vs.<br><br>WARDEN, Dr. Scarlet Grant, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. CIV-26-278-R |

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants in part the Petition for Writ of Habeas Corpus filed by David Hernandez-Gomez. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 1st day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1